CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7320
FAX: (415) 436-6748
kenneth.kao@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FLOR QUINERO CASTRO,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *Secretary of the Department of Homeland Security, et al.*,<br><br>Defendants. | Case No. 3:26-cv-08485-TSH<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until November 23, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-589, Application for Asylum and for Withholding of Removal. Dkt. No. 1. Plaintiff has submitted to United States Citizenship and Immigration Services ("USCIS") an asylum interview waiver. The parties conferred and agree to stay litigation deadlines to allow USCIS time to process Plaintiff's waiver and to issue a Notice to Appear.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

November 23, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: October 20, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kenneth J. Kao**
KENNETH J. KAO
Assistant United States Attorney
Attorneys for Defendants

Dated: October 20, 2026

*/s/ Josh Franklin Sigal*
JOSH FRANKLIN SIGAL
Sigal Law Offices
Attorney for Plaintiff

**The filer of this document hereby attests pursuant to Civil Local Rule 5-1(i)(3) that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 20, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge